UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARCELLA CRENSHAW, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

COMPUTEX INFORMATION SERVICES, INC., LEVY, EHRLICH & PETRIELLO, PC, and EVERGREEN APARTMENT MANAGEMENT, LLC,

        Defendants.

Civ. No. 10-01493 (DRD)

**O R D E R**

This matter having come before the court on the motion of Defendant Evergreen Apartment Management ("Evergreen") to dismiss the Complaint with respect to itself pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted; and the Court having considered the submissions of the parties; and for the reasons set forth in the opinion of even date;

IT IS on this 21st day of July, 2010, ORDERED as follows:

    1.  Defendant Evergreen's motion is GRANTED, and the Complaint is Dismissed without prejudice with respect to Evergreen; and

    2.  Plaintiff may within 30 days of the date of this move for leave to file an Amended Complaint curing, if she is able to do so, the defects in the counts of the original Complaint with respect to Evergreen.

                                            s/ Dickinson R. Debevoise
                                            DICKINSON R. DEBEVOISE, U.S.S.D.J.